JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND NICHOLS, ET AL, <br><br> Plaintiff(s), <br><br> v. <br><br> CITY OF RIVERSIDE, ET AL, <br><br> Defendant(s). | Case No. EDCV 14-0364-DTB <br><br> **J U D G M E N T** |

On May 18, 2015, the Court granted summary judgment in favor of the defendants on plaintiffs' federal law claims and dismissed plaintiffs' remaining state law claims without prejudice to plaintiffs raising such claims in state court.

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: May 19, 2015

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE